NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


NORVALL SCOTT,                                     )
                                                  )
          Appellant,                              )
                                                  )
v.                                                )          Case No. 2D18-1537
                                                  )
STATE OF FLORIDA,                                 )
                                                  )
          Appellee.                               )
                                                  )
_____)

Opinion filed February 22, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Pat Siracusa, Judge.


PER CURIAM.


          Affirmed.


CASANUEVA, BLACK, and BADALAMENTI, JJ., Concur.